S.D.N.Y. - N.Y.C.
13-cv-2452
Hellerstein, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand fourteen.

Present:

    Reena Raggi,
    Denny Chin,
    Raymond J. Lohier, Jr.,
        *Circuit Judges*.

Angel Beauchamp,

        *Petitioner-Appellant*,

v.                                                                                    14-1850

Superintendent Ada Perez, Downstate C.F.,

        *Respondent-Appellee*.

Appellant moves for a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because Appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

